# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

AMOS THAMES                                                                                                                PLAINTIFF

V.                                              CIVIL ACTION NO.: 1:17CV84-SA-DAS

FOCUS MANOR, INC., ET AL.                                                       DEFENDANTS

## ORDER OF RECUSAL

The above-styled and numbered case was assigned to the undersigned United States District Judge Sharion Aycock on June 1, 2017. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This the 12th day of October, 2017

                                                                                    /s/ Sharion Aycock
                                                                                    U.S. DISTRICT JUDGE